**\*E-FILED: August 6, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARCELIA G. GONZALEZ, an individual, | No. C12-03842 HRL |
| Plaintiff, | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | |
| WELLS FARGO BANK, N.A., as successor in interest to WACHOVIA MORTGAGE FSB, a business entity form unknown; LSI TITLE COMPANY, a business entity form unknown; NDEX WEST, LLC, a business entity form unknown; and DOES 1 through 50, | |
| Defendants. | |

Plaintiff has moved for a temporary restraining order and preliminary injunction. Because plaintiff requests immediate injunctive relief, but not all parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge. See 28 U.S.C. § 636.

Dated: August 6, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:12-cv-03842-HRL Notice has been electronically mailed to:

2  Christopher John Bunch    christopher.j.bunch@gmail.com

3  Edward A. Treder    edwardt@bdftw.com, elizabgo@bdftw.com

4  Grace B Kang    gkang@afrct.com, afrctecf@afrct.com, emartinez@afrct.com, mbetti@afrct.com

5

6  Luis Walters Camacho    luis@camachoandassociates.com

7  Robert Arthur Bailey    rbailey@afrct.com, AFRCTECF@afrct.com, hsaller@afrct.com, mmantoen@afrct.com, rguillory@afrct.com

8  Shaneil B Sharma    shaneil.sharma2010@gmail.com